United States District Court
Southern District of Texas
**ENTERED**
August 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROBERT VANDERPLOEG, )
)
Plaintiff, )
) CIVIL ACTION
vs. )
) Case No. 4:20-CV-02474
NASA POINT, L.P., )
)
Defendant. )

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

**THIS CAUSE** is before the Court upon Plaintiff's Verified Motion for Attorney's Fees and Costs against Defendant, NASA POINT, L.P, filed April 2, 2021. Plaintiff filed this action on July 15, 2020. On May 13, 2020, the Clerk entered Default against Defendant, NASA POINT, L.P., due to their failure to properly answer or otherwise properly plead to the Complaint. [D.E. 8]. On February 11, 2021, this Court entered its Order on Default Judgment Procedure in favor of Plaintiff, ROBERT VANDERPLOEG [D.E. 15]. Therefore, it is hereby

**ORDERED and ADJUDGED** as follows:

Plaintiff's Verified Motion for Attorney's Fees and Costs against Defendant, NASA POINT, L.P., is **GRANTED**. Judgment is hereby entered in favor of Plaintiff, ROBERT VANDERPLOEG, against Defendant, NASA POINT, L.P.

This action was brought pursuant to the Americans with Disability Act. Defendant defaulted and judgment was entered against Defendant pursuant to 42 U.S.C. § 12205, the court may allow the prevailing party reasonable attorney's fees as well as litigation expenses and costs in this type of case. The Court has reviewed Plaintiff's counsel's time records for this case and

finds both his hourly rate of $300.00 per hour and the amount of time spend on the case of 13.6 hours, totaling $4,080.00 to be reasonable. The Court has also reviewed the litigation expenses and costs totaling $555.35 and the reinspection fee of $300.00 and finds them to be reasonable as well.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Verified Motion for Attorney's Fees and Costs against Defendant, NASA POINT, L.P. is **GRANTED**. **JUDGMENT** is **ENTERED** in favor of Plaintiff, ROBERT VANDERPLOEG, and against Defendant, NASA POINT, L.P., for attorney's fees in the amount of $4,080.00, costs in the amount of $555.35 and Reinspection Fee of $300.00, for a total judgment of $4,935.35. This award shall accrue post-judgment interest at the rate of 0.15% for which let execution issue.

The Court retains jurisdiction of the above-styled action to permit Plaintiff to seek attorney's fees and costs and to assure Defendant's NASA POINT, L.P., subsequent compliance with this Judgment and the Americans with Disabilities Act.

DONE AND SIGNED in Chambers, at Houston, Texas this ____ day of _____, 2020.

AUG 2 6 2021

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel and parties of record